UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICHARD MUNNS, | |
|---|---|
| Plaintiff, | Case No. 16-cv-04486-WHO (PR) |
| v. | **ORDER OF DISMISSAL** |
| C. YOUNG, et al., | |
| Defendants. | |

Plaintiff Munns failed to file an amended complaint by the deadline, which had been extended at his request.  Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to respond to the Court's order to file an amended complaint, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).

Because this dismissal is without prejudice, Munns may move to reopen the action. Any such motion **must** contain an amended complaint that complies with the instructions set forth in the Order Dismissing the Complaint with Leave to Amend.  (Dkt. No. 10.)

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED.**

**Dated:**  November 30, 2016



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California